BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE EWING, <br><br>         Plaintiff, <br><br>         v. <br><br> JOHN E. POTTER, Postmaster General, U.S. Postal Service, <br><br>         Defendant. | Case No.  2:11-cv-02568 MCE GGH <br><br> **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Patrick R. Donahoe was sworn in as Postmaster General of the U.S. Postal Service on January 14, 2011.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Patrick R. Donahoe will be substituted as defendant in place of John E. Potter, and all further proceedings in this action "shall be in the name of the substituted part[ies]."

DATED: October 12, 2011                                          BENJAMIN B. WAGNER
                                                                                       United States Attorney

                                                               By:     */s/ Lynn Trinka Ernce*
                                                                              LYNN TRINKA ERNCE
                                                                              Assistant United States Attorney

         IT IS SO ORDERED.

Dated: October 17, 2011

                                                                              _____
                                                                              MORRISON C. ENGLAND, JR
                                                                              UNITED STATES DISTRICT JUDGE