BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE EWING,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster General, U.S. Postal Service,<br><br>        Defendant. | Case No.  2:11-cv-02568 MCE GGH<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Patrick R. Donahoe was sworn in as Postmaster General of the U.S. Postal Service on January 14, 2011.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Patrick R. Donahoe will be substituted as defendant in place of John E. Potter, and all further proceedings in this action "shall be in the name of the substituted part[ies]."

DATED:  October 12, 2011

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Lynn Trinka Ernce*
         LYNN TRINKA ERNCE
         Assistant United States Attorney

IT IS SO ORDERED.

Dated:  October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION OF
DEFENDANT AND ORDER                                1